# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CARLOS MANUEL ALMEIDA,**

    Petitioner,

vs.                                              Case No. 4:17cv480-WS/CAS

**JEFF SESSIONS, et al.,**

    Respondents.

                                       /

## ORDER and REPORT AND RECOMMENDATION

This case was initiated by Petitioner, proceeding pro se, in mid-October 2017. Finding the petition for writ of habeas corpus filed under 28 U.S.C. § 2241 sufficient, an Order was entered on November 1, 2017, directing service. ECF No. 5. That Order was returned to the Court as undeliverable. ECF No. 8. A subsequent Order was entered on December 1, 2017, noting a possible mistake in Petitioner's surname. ECF No. 11. The petition listed it as Almeida, ECF No. 1, but Petitioner's "notice," ECF No. 4, dated October 17, 2017, twice spelled his surname as Almaida. It was unknown which spelling is correct. The Order was to be mailed to

Petitioner once again at the Wakulla County Jail. ECF No. 11. That Order has not yet been returned as undeliverable.

The petitioner alleges that Petitioner is a native and citizen of Cuba who had been ordered removed from the United States on April 27, 2010. ECF No. 1. He was taken into ICE custody on July 6, 2017, and alleged that ICE is unable to remove him to Cuba or any other country. Petitioner sought release from detention pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001), but did not challenge the order of removal.

Respondents have now filed a motion to dismiss the petition, ECF No. 12, asserting that the petition is moot because Petitioner was released under an order of supervision. Attached to the motion is an exhibit revealing that Petitioner was released from detention on November 2, 2017. ECF No. 12-1. Therefore, because Petitioner has been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

The motion to dismiss contains a certificate of service which indicates the document was provided to Petitioner at the Wakulla County Jail and at "his address of release, 336 NW 5th Street, Miami, Florida 33128." ECF No. 12 at 4. The Clerk of Court shall forward this Report and Recommendation to Petitioner at those addresses. If Petitioner disputes

that this case is moot, he must immediately file "objections" and a notice of his current and correct mailing address.

**ORDER**

It is **ORDERED** that the Clerk of Court shall forward this Report and Recommendation to Petitioner at the Wakulla County Jail and to his reported address upon release: 336 NW 5th Street, Miami, Florida 33128.

**REPORT AND RECOMMENDATION**

In light of Respondents' demonstration that Petitioner has been released, it is respectfully **RECOMMENDED** that the § 2241 petition be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on December 12, 2017.

    S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## **<u>NOTICE TO THE PARTIES</u>**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**