UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLOS MANUEL ALMEIDA,

    Petitioner,

v.                                    4:17cv480–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 13) docketed December 12, 2017. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be dismissed as moot based on Petitioner's release from detention. No objections to the report and recommendation have been filed.

Given Petitioner's release from detention, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 13) is adopted and incorporated by reference in this order of the court.

2. The government's motion (doc. 12) to dismiss is GRANTED.

3. Petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as moot.

4. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this __2nd__ day of __January__, 2018.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE